**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**EVAN LAMPTON**                                                                          **PETITIONER**

**v.**                                                           **CIVIL ACTION NO. 2:25-cv-34-TBM-BWR**

**BURL CAIN**                                                                            **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the submission of the Report and Recommendation [16] entered by United States Magistrate Judge Bradley W. Rath on May 13, 2026. Judge Rath recommends that Burl Cain's Motion to Dismiss [14] be granted and that Evan Lampton's Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice. A copy of the Report and Recommendation [16] was mailed to Lampton at the address listed on the docket on May 13, 2026. Lampton has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When no timely objection is filed, the court need only satisfy that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee's note to 1983 addition (citations omitted); *see Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) ("When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error") (citing *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1)). Having considered Judge Rath's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS THEREFORE ORDERED AND ADJUDGED that the Report and Recommendation [16] entered by United States Magistrate Judge Bradley W. Rath on May 13, 2026, is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that Respondent Burl Cain's Motion to Dismiss [14] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Evan Lampton's Petition for Writ of Habeas Corpus [1] is DISMISSED WITH PREJUDICE.

THIS, the 2nd day of July, 2026.

                **TAYLOR B. McNEEL**
                **UNITED STATES DISTRICT JUDGE**